UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID SMITH,

    Petitioner,

v.       CASE NO. 6:06-cv-777-Orl-31JGG

STATE OF FLORIDA, et al.,

    Respondent.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 16, 2006, the Court ordered Petitioner to show cause within eleven days from the date of the order why this case should not be dismissed for lack of prosecution pursuant to Rule 3.10 of the Local Rules of the United States District Court for the Middle District of Florida (Doc. No. 11, filed August 17, 2006). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of this action without further notice. As of the date of this Order, Petitioner has failed to comply with the Court's Order of August 16, 2006.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice. The Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the one-year period of limitation for raising a habeas corpus petition in the federal courts. *See* 28 U.S.C. § 2244(d).

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this 6th day of September, 2006.

Copies to:
sc 9/6
David Smith

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE